RECEIVED
SEP - 1 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| NALANAIE H. GUIDRY on behalf of C.N.H. (a minor) | DOCKET NO. 12-CV-3150 |
| VERSUS | JUDGE DOHERTY |
| CAROLYN COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and absent any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is therefore

**ORDERED** that the decision of the Commissioner of the Social Security Administration is REVERSED and REMANDED for consideration of the entire record, including the results of the recommended consultative evaluation, and the evidence submitted after the ALJ decision, and other appropriate action that may result.

Thus done and signed in Lafayette, Louisiana, this 1 day of September, 2014.

Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE